# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dore, Timothy W. | Bankruptcy Court - Western Washington | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

700 Stewart Street, Room 8131
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/23/09 | Ryan Retirement Plan and Trust (retirement plan with former law firm (Ryan, Swanson & Cleveland, PLLC)) - See Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2019 | Wood & Jones P.S. - DP's salary for legal services. See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | April 4-6, 2019 | Portland, OR | Bankruptcy CLE (teaching) | Hotel, meals, parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Oregon State Bar | Registration fee for 32nd Annual Northwest Bankruptcy Institute | $430.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | DP: Chase | Mortgage on rental property in Baggs, Wyoming | K |
| 2. | DP: Bank of America | Credit card/Line of credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. DP: Investment Real Property, Baggs, WY | E | Rent | N | W | | | | | |
| 2. Chase (bank accounts) | A | Interest | N | T | | | | | |
| 3. E-Trade (bank accounts) | A | Interest | M | T | | | | | |
| 4. E-Trade (brokerage account) (H) | | | | | | | | | |
| 5. --E-Trade cash account | A | Interest | J | T | | | | | |
| 6. Ryan Retirement Plan & Trust (H) | | | | | | | | | |
| 7. --MainStay Large Cap Growth | F | Int./Div. | O | T | | | | | |
| 8. --Vanguard 500 Index Fund Adm | D | Int./Div. | N | T | | | | | |
| 9. --American Beacon Small Cap Value | B | Int./Div. | L | T | | | | | |
| 10. --Goldman Sachs Growth Opportunities | A | Int./Div. | | | Sold | 01/14/19 | M | A | See Part VIII |
| 11. --The Hartford MidCap Fund Class R6 | D | Int./Div. | N | T | Buy | 01/14/19 | M | | See Part VIII |
| 12. --Eagle Small Cap Growth | D | Int./Div. | L | T | | | | | |
| 13. --American Funds EuroPacific Growth | D | Int./Div. | M | T | | | | | |
| 14. --Janus Balanced S | D | Int./Div. | N | T | | | | | |
| 15. DP: Vacant Land, Cody, WY (50% interest in two lots) | | None | K | W | | | | | |
| 16. DP: Whole Life insurance - New York Life | C | Int./Div. | M | T | | | | | |
| 17. DP: IRA - Fidelity Advisor Capital Development Fund Class O (FDETX) | D | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | DP: Bank of America (bank accounts) | A | Interest | | | Closed | 06/01/19 | K | A | N/A |
| 19. | DP: Chase (bank accounts) | A | Interest | J | T | | | | | |
| 20. | DP: Boeing Employees Credit Union (bank accounts) | A | Interest | J | T | | | | | |
| 21. | Race Horse (Neighborhood Bully) | B | Royalty | | | Sold | 01/19/19 | K | A | See Part VIII |
| 22. | Race Horse (Bamboozler) | D | Royalty | K | W | Buy | 03/15/19 | K | | See Part VIII |
| 23. | California Race Tracks (deposit account) | | None | L | T | | | | | |
| 24. | Loan receivable from 20th Century Lanes, Inc. and Michael J. Gubsch | E | Interest | | | Closed | 12/18/19 | M | E | See Part VIII |
| 25. | Loan receivable from MRP, Inc., Michael Richendifer and Raymond Poore | | None | M | T | Open | 12/30/19 | M | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dore, Timothy W.** | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II, Item 1: Agreement dated 12/23/09 (updated from March 2003) and amended 1/1/16. 100% vested; no longer allowed to contribute; no control other than over my own vested interest in the plan.

2) Part III, Item B.1: January 2019 - December 2019. The abbreviation "DP" throughout this report designates my non-spouse domestic partner.

3) Part VII, Items 10 and 11: Goldman Sachs Growth Opportunities was replaced in the retirement plan with The Hartford MidCap Fund Class R6. Funds in Goldman Sachs Growth Opportunities were automatically transfered into The Hartford MidCap Fund Class R6 on January 14, 2019.

4) Part VII, Item 21: The income was purse money won in races. Sale was through a claiming race. I am not aware of the identity of the buyer.

5) Part VII, Item 22: The income was purse money won in races. The horse was purchased at public auction. I am not aware of the identity of the seller.

6) Part VII, Item 24: 20th Century Lanes, Inc. and Michael J. Gubsch. Loan was paid in full in 2019.

7) Part VII, Item 25: MRP, Inc., Michael Richendifer and Raymond Poore.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Timothy W. Dore**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544